IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03340-WJM-BNB

TAMMY ARMSTRONG,

Plaintiff,

v.

I-BEHAVIOR INC.,

Defendant.

_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     IT IS ORDERED:

     (1)    **Defendant's Unopposed Motion To File Amended Response** [Doc. # 40] is GRANTED; and

     (2)    The Clerk of the Court is directed to accept for filing Defendant's Amended Response [Doc. # 40-2] and the attached exhibits.


DATED:  September 18, 2012