IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 11-cv-03340-WJM-BNB | Date: September 24, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TAMMY ARMSTRONG<br>**Plaintiff(s)** | *Keith A. Shandalow* |
| v. | |
| I-BEHAVIOR INC.<br>**Defendant(s)** | *Janet A. Savage* |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 3:28 p.m.

Appearance of counsel.

Argument presented on [24] Motion for Leave to Withdraw Deemed Admissions [27] Motion for Leave to File Amended Complaint and [36] Motion to Compel Discovery Responses

For reasons stated on the record,

**ORDERED:** **[24] Plaintiff's Motion for Leave to Withdraw Deemed Admissions is GRANTED. Plaintiff's actual responses are to be substituted.**

**[27] Plaintiff's Motion for Leave to File Amended Complaint is GRANTED.**

**[36] Defendant's Motion to Compel Discovery Responses is GRANTED as to interrogatory numbers five (5) and nine (9); GRANTED with limitations as indicated on the record as to interrogatory number eleven (11); GRANTED as to document requests number five (5) and eleven (11); DENIED as to**

**document request number twelve (12); GRANTED with limitations as to document request number fourteen (14). All documents and answers to be submitted by October 12, 2012.**

**Request for attorneys' fees is DENIED.**

**Plaintiff is to disclose contact information of witness as indicated on the record.**

**Deposition of Plaintiff is reopened and is to take place on or before December 7, 2012. Discovery is extended for deposition of witness that has not yet been served and is to take place on or before December 7, 2012.**

Court in Recess: 5:09 p.m.     Hearing concluded.    Total time in Court: 01:41

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119