IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03340-WJM-BNB

TAMMY ARMSTRONG,

Plaintiff,

v.

I-BEHAVIOR INC.,

Defendant.

_____

## ORDER

_____

This matter arises on the following:

(1)     **Plaintiff's Motion to Withdraw Deemed Admissions** [Doc. # 24, filed

8/22/2012] (the "Motion to Withdraw Admissions");

(2)     Plaintiff's **Motion for Leave to File Amended Complaint** [Doc. # 27, filed

8/23/2012] (the " Motion to Amend");

(3)     **Defendant's Motion to Compel Discovery Responses** [Doc. # 36, filed

9/8/2012] (the "Motion to Compel");

(4)     **Plaintiff's Unopposed Motion for Leave to File a Reply to Defendant's**

**Response to Motion to Withdraw Deemed Admissions** [Doc. # 45, filed 9/24/2012] (the

"Motion to Reply: Admissions"); and

(5)     **Plaintiff's Unopposed Motion for Leave to File a Reply to Defendant's**

**Response to Motion for Leave to File Amended Complaint** [Doc. # 47, filed 9/24/2012] (the

"Motion to Reply: Amendment").

I held a hearing on the motions on September 24, 2012, and entered rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)       The Motion to Withdraw Admissions [Doc. # 24] is GRANTED, and the plaintiff's Responses to Requests for Admissions [Doc. # 24-1 at pp. 16-17] are substituted in place of the deemed admissions.

(2)       The Motion to Amend [Doc. # 27] is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint and Jury Demand [Doc. # 27-1].

(3)       The Motion to Compel [Doc. # 36] is GRANTED IN PART and DENIED IN PART as follows:

        • GRANTED with respect to Interrogatories 5 and 9;

        • GRANTED IN PART with respect to Interrogatory 11.  The plaintiff shall respond to Interrogatory 11 with respect to matters concerning heart ailments, hypertension, and high blood pressure; treatment by her general practitioner; and treatment for issues related to stress and/or emotional distress for the period January 1, 2005, to the present;

        •GRANTED with respect to Production Requests 5 and 14;

        • GRANTED IN PART with respect to Production Request 11 to require the production of the plaintiff's tax returns and Forms W-2 and 1099 for the period 2007 to the present;

        • DENIED with respect to Production Request 12; and

        • DENIED in all other respects.

The plaintiff shall provide supplemental discovery responses consistent with this Order

and in full compliance with the formalities of the Federal Rules of Civil Procedure on or before

**October 12, 2012**.  In addition, and in view of this order compelling certain discovery, the

discovery cut-off is extended to and including **December 7, 2012**, solely to allow the defendant

to conduct the following additional discovery:

  • To reopen the deposition of the plaintiff to inquire for not more than three

additional hours.  The reopened deposition shall be conducted telephonically; and

  • To depose Bethany Espeseth.

 (4) The Motion to Reply: Admissions [Doc. # 45] is GRANTED.  The Clerk of the

Court is directed to accept for filing the Reply [Doc. # 45-1].

 (5) The Motion to Reply: Amendment [Doc. # 47] is GRANTED.  The Clerk of the

Court is directed to accept for filing the Reply [Doc. # 47-1].

 Dated September 25, 2012.

       BY THE COURT:

        s/ Boyd N. Boland_____
       United States Magistrate Judge