IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action:   11-cv-03340-WJM-BNB | Date: December 18, 2012 |
| Courtroom Deputy:   Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| TAMMY ARMSTRONG | *Keith A. Shandalow* |
| **Plaintiff(s)** | |
| v. | |
| I-BEHAVIOR INC. | *Janet A. Savage* |
| **Defendant(s)** | |

### COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  2:33 p.m.

Appearance of counsel.

Argument presented on [59] Defendant's Motion for Leave to Depose Jane Lilydahl, Ph.D..

**ORDERED:** **[59] Defendant's Motion for Leave to Depose Jane Lilydahl, Ph.D. is GRANTED. Deposition is limited to 4 hours and must be completed by January 18, 2013.**

**Dispositive Motion Deadline extended to January 31, 2013.**

Court in Recess:  2:50 p.m.   Hearing concluded.   Total time in Court: 00:17