IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03340-WJM-BNB

TAMMY ARMSTRONG,

Plaintiff,

v.

I-BEHAVIOR INC.,

Defendant.
_____

## ORDER
_____

This matter arises on **Defendant's Motion for Leave to Depose Jane Lilydahl, Ph.D.** [Doc. # 59, filed 11/27/2012] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion [Doc. # 59] is GRANTED;

(2) The deposition of Dr. Lilydahl shall be completed on or before **January 18, 2013**, and shall not exceed four hours; and

(3) The dispositive motion deadline is extended to and including **January 31, 2013**.

Dated December 18, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge