**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-03340-WJM-BNB

TAMMY ARMSTRONG,

    Plaintiff,

v.

I-BEHAVIOR INC.,

    Defendant.

---

**ORDER APPROVING STIPULATED DISMISSAL OF THIRD AND FOURTH CLAIMS**

---

This matter comes before the Court on the Parties' Stipulation Regarding Dismissal of Third and Fourth Claims filed February 5, 2013 (ECF No. 68). The Court having reviewed the Stipulation and applicable record hereby ORDERS as follows:

The Parties' Stipulation for Dismissal of the Third and Fourth Claims is APPROVED. Plaintiff's Third and Fourth claims and corresponding provisions of Plaintiff's Prayer for Relief, are DISMISSED WITH PREJUDICE.

Dated this 6th day of February, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge