IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03340-WJM-BNB

TAMMY ARMSTRONG,

Plaintiff,

v.

I-BEHAVIOR INC.,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion to Vacate and Re-Set Final Pretrial Conference** [docket no. 72, filed February 26, 2013] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Pretrial Conference set for March 12, 2013, is **vacated and reset to April 16, 2013, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **April 9, 2013**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: February 27, 2013