IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03340-WJM-BNB

TAMMY ARMSTRONG,

Plaintiff,

v.

I-BEHAVIOR INC.,

Defendant.
_____

**ORDER**
_____

The parties appeared this morning for what was scheduled to be a final pretrial conference. Issues were raised which resulted in my determination that a final pretrial order should not be entered at this time. In particular, the plaintiff indicated a desire to depose the defendant's expert, Margot Burns, which the defendant opposes; and to designate an additional expert to rebut the opinions of Ms. Burns, which the defendant also opposes. In addition, plaintiff's counsel indicated that additional time is necessary to allow him to review materials provided by the defendant in discovery.

IT IS ORDERED:

(1)     On or before **June 17, 2013**, the plaintiff shall file a motion requesting any and all additional proceedings she believes should be allowed prior to the entry of a final pretrial order; and

(2)     A settlement conference is set for **July 23, 2013, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. All

settlement conferences that take place before the magistrate judge shall be confidential.  *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person.  (NOTE: This requirement is not fulfilled by the presence of counsel alone.  If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.)  Each party shall submit a confidential settlement statement to the magistrate judge on or before **July 18, 2013**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated June 6, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge